THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JACK WALDMAN, Appellant.

Submitted October 14, 1941; decided November 19, 1941.

*Samuel Hassen* and *Samuel Bernstein* for appellant.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.